**Petition for Writ of Mandamus Denied and Majority, Concurring, and Dissenting Opinions filed June 5, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00365-CV

### IN RE EURECAT US, INC., Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-25700**

## MAJORITY OPINION

On May 9, 2014, relator Eurecat US, Inc. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Jaclanel McFarland, presiding judge of the 133rd District Court of Harris County, to vacate a September 20, 2013 protective order and also to vacate an April 29, 2014 order denying relator's emergency motion to reconsider that protective order.

Relator has not satisfied its burden to demonstrate entitlement to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jamison, McCally, and Busby (Busby, J., concurring) (McCally, J., dissenting).